BOEWE, APPELLANT, *v.* FORD MOTOR COMPANY, APPELLEE.

[Cite as *Boewe v. Ford Motor Co.* (1994), 70 Ohio St.3d 1213.]

(No. 93–216—Submitted March 24, 1994—Decided October 5, 1994.)

---

*Shapiro, Kendis & Assoc. Co., L.P.A.,* and *David G. Schmidt,* for appellant.

*Squire, Sanders & Dempsey, Jeffrey J. Wedel* and *Daniel A. Jaffe,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, WRIGHT and PFEIFER, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent and would reverse in part and affirm in part.